UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:21-cv-08420-DMG-MAA**                                                                 Date: **October 14, 2022**

Title     *Franky Magana v. Warden James Robertson*

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Second Order to Show Cause Re: Dismissal for Lack of Prosecution

Petitioner is ordered to show cause, in writing, no later than **November 14, 2022**, why this action should not be dismissed for lack of prosecution.

If Petitioner files the following on or before the above date, the Order to Show Cause will be discharged, and no additional action need be taken.

- ☐ Proof of service of the summons and complaint
- ☐ Amended complaint
- ☒ *Kelly* Stay Status report
- ☐ Written response to the Court's attached order (order attached)
- ☐ Notice of voluntary dismissal (form attached)

**Petitioner is cautioned that failure to respond to this Order may result in dismissal of the Petition without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  See C.D. Cal. L.R. 41-1.**

It is so ordered.